CA D3-136 ent

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500442 — MD m.D
July 19, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| APPEAL D 03-136e | | | 9.06 CH |

TOTAL→      9.06

FROM: SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0001
ALBERT FORD AF-1227

SCI ALBION
Appeal to the Third Circuit

7/15/2005

Inmate Name:          Albert Ford
Inmate Number:        AF1227
Federal Case Number:  CA#05-2136
                      Civ.No. 03-cv-00136E

District:             Western District

| Date | Monthly Deposits | Balance End of Month |
|---|---|---|
| Feb. | 0.00 | 19.30 |
| March | 50.00 | 68.84 |
| April | 0.00 | 33.90 |
| May | 95.00 | 78.93 |
| June | 0.00 | 22.20 |
| July | 64.40 | 48.55 |
| Totals | 209.40 | 271.72 |
| Average | 34.90 | 45.29 |
|  | 20% | 20% |
|  | $ 6.98 | 9.06 |

Remit $9.06 for the initial filing fee along with
a copy of this calculation and account statement. Also, a copy of the
calculation and the account statement should be sent to the inmate.

The remittance should be mailed to:

Clerk, U.S. District Court
P.O. Box 1820
Erie, PA 16507