CA 03-136 Erie

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 00500498 - NK
August 24, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 03-136e ca ✓ | | 3.60 CH |
| 1ST CIVI | 04-44e ca | | 2.00 CH |
| 2ND CIVI | 03-389e ca | | 2.62 CH |
| 1ST CIVI | 04-365e ca | | 12.94 CH |
| 1ST CIVI | 03-363e ca | | 6.49 CH |

TOTAL→         27.65

FROM: SCI ALBION
      FORD, JEFFERSON, BARNES, MILEY

Receipt #05-498
$3.60