CPS-342

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 05-2136

---

ALBERT FORD,
  Appellant

v.

WILLIAM J. WOLFE, Superintendent;
RAYMOND J. SOBINA, Superintendent

---

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00136)
District Judge: Honorable Sean J. McLaughlin

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
August 18, 2005

BEFORE: ALITO, McKEE and AMBRO, <u>Circuit Judges</u>

### JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

*[signature: Marcia M. Waldron]*

Clerk

Dated: December 6, 2005

Certified as a true copy and issued in lieu
of a formal mandate on 12/28/05

Teste: *[signature: Marcia M. Waldron]*
Clerk, U.S. Court of Appeals for the Third Circuit