CA 03-136 E
part pay filing fee
receipt # 06-220

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 06000220 - DM
       February 16, 2006

  Code   Case #    Qty      Amount

  1ST CIVI  03-136 E                1.40 CH
  2ND CIVI  03-136 E                1.60 CH


  TOTAL→                            3.00


  FROM: SCI HUNTINGDON FOR
        ALBERT FORD
        HUNTINGDON PA 16654-1112
```