CA 03-136 E
filing fee (partial)
receipt # 06-270

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000270 - SP
         March 20, 2006

  Code   Case #   Qty      Amount

  IND CIVI 04-03-136E       5.52 CH

  TOTAL →                   5.52


  FROM: SCI HUNTINGDON FOR ALBERT FORD
```