PART PAY

CA 03-136 E

$ 27.68

Rcpt # 06-314

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 06000316 — DM
April 21, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | 03-136 E | | 27.68 CH |

TOTAL→          27.68

FROM: SCI HUNTINGDON FOR
      ALBERT FORD
      HUNTINGDON PA  16654-1112