CA 03-136 E

RCPT # 06-391

PARTIAL PYMT APPEAL

$15.69

```
          UNITED STATES
          DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

          # 06000391 -
             June 23, 2006

     Code    Case #    Qty    Amount

     FILSTAPP 03-136 E         15.69

     TOTAL→                    15.69


     FROM: SCI HUNTINGDON FOR:
           ALBERT FORD AF1227
           HUNTINGDON PA  16654-1112
```

CA 03-136 E