Part Pay Filing Fee
Rcpt # 06-428

$3.69

Ca 03-136 E

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000428 - DM dwr
         July 21, 2006

   Code   Case #   Qty    Amount

   2ND CIVI 03-136 E      3.69 CH


   TOTAL→                 3.69


   FROM: SCI HUNTINGDON FOR:
         ALBERT FORD AF1227
         HUNTINGDON PA  16654-1112
```