# UNITED STATES
# DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE Division

**# 06000468 - SP**
**August 17, 2006**

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | CA-03-136E | | 15.52 CH |

**TOTAL→** 15.52

FROM: SCI HUNTINGDON FOR FORO

CA   03-136 E

part pay

receipt # 06000468