**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
ERIE Division

# 07000066 - SP
November 16, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2ND CIVI | ~~CA-06-136E~~ 03-136 F | | 0.47 CH |
| FIRSTAPP | ~~CA-06-136E~~ 03-136 F | | 29.69 CH |

TOTAL →           30.16

FROM: SCI HUNTINGDON FOR ALBERT FORD

CA 03-136 E
part pay
receipt 07-66