UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000113 - SF

December 21, 2006

Code    Case #      Qty      Amount

FEESTAMP 03-136E              3.61

TOTAL→               5.61

FROM: SCI HUNTINGDON FOR FILING

CA  03-136 E

appeal part pay

receipt # 07.113