```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 07000150 - SF
    January 19, 2007

    Code    Case #    Qty      Amount

    FIRSTAPP  03-136E            17.88 CH


    TOTAL →                      17.88


    FROM: SCI HUNTINGDON FOR A. FORD
```

CA 03-136 E
appeal part pay
receipt # 07000150
$17.88