United States District Court
Office of The Clerk
Western District of Pennsylvania
P.O. Box 1820  Erie, PA 16507

FILED
FEB -1 A 9:51
CLERK
U.S. DISTRICT COURT

Re: H 06000468  # 10t CIVIL CA-03 136 E
    Albert Ford

January 29th 2007

Dear Mr. Robert V. Barth Jr

Per your request your office has not received a official change of address notice, even though my leagal mail has been arriving here for over a year.

Please note this is a "official notice" of a change of address to: S.C.I. Huntingdon 1100 Pike Street Huntingdon, PA 16654

In your response and computer read-out show balanced due or I will recend the authorization by the accounting office for funds to be removed from my account.

Very Truly Yours,
Albert Ford

RECEIVED

FEB - 1 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Name: Albert Ford
Number: AE-1227
1100 Pike Street
Huntingdon, PA 16654-1112

Inmate Mail - PA. DEPT OF CORRECTIONS

**RECEIVED**

FEB - 1 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF CORRECTION

United States District Court
Office of The Clerk Mr. Baeth
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507



UNITED STATES POSTAGE
$00.39⁰
MAILED FROM ZIP CODE 16652
JAN 30 2007