*part pay appeal*
*rcpt # 07-190*

*$5.29*

*CA 03-136*

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

     # 07000190 - DM
     February 16, 2007

  Code    Case #   Qty     Amount

  FIRSTAPP 03-136 Ecv              5.29 CH


  TOTAL→                           5.29



  FROM: SCI HUNTINGDON FOR:
        ALBERT FORD
```