1:03-CV-136

appeal partpay

receipt 07511

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 07000511 — DM
      August 23, 2007


   Code    Case #    Qty     Amount

   FIRSTAPP 03-136 E         22.44 CH


   TOTAL →                   22.44


   FROM: SCI HUNTINGDON FOR:
         ALBERT FORD
```