```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

   # 07000021 - SF
   October 20, 2006


   Code    Case #    Qty      Amount

   2ND CIVI CA-03-136E           5.52 CH



   TOTAL→                        5.52



   FROM: SCI HUNTINGDON FOR FORD
```

1:03cv136

part pay

receipt 07-21

$5.52