UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PA. 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

April 21, 2008

SCI Huntingdon
Inmate General Welfare Fund
Huntingdon, PA 16654-1112

In re: CA 03-136 Erie
FORD

The enclosed check is being returned to you because it is not signed. Please return to us after the check is signed so that this may be applied to the prisoner's account. Thank you.

Sincerely,

ROBERT V. BARTH, JR., CLERK OF COURT

*Susan Parmeter*

Susan D. Parmeter, Deputy Clerk

Enclosure: check in the amount of $3.02

```
                                                                    97726

STATE CORRECTIONAL INSTITUTION        CLEARFIELD BANK & TRUST COMPANY
     AT HUNTINGDON                      HUNTINGDON DOWNTOWN OFFICE
   HUNTINGDON, PA 16654-1112               HUNTINGDON, PA 16652         4/17/2008
  INMATES GENERAL WELFARE FUND                  60-629-313

PAY TO THE
ORDER OF    ERIE DISTRICT COURT                                    $  **3.02

Three and 02/100******************************************************   DOLLARS

     ERIE DISTRICT COURT
     PO BOX 1820
     ERIE, PA 16507                                              VOID AFTER 90 DAYS
                                                                AUTHORIZED SIGNATURE

MEMO
     AF1227/FORD CIVIL ACTION 03-00136

         ⑈097726⑈ ⑆031306294⑆ 0101 81760 2⑈
```