```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

          #  08000253  -  DM
             April 28, 2008


     Code    Case #    Qty       Amount

     FIRSTAPP 03-136 E            3.02 CH


     TOTAL->                      3.02


     FROM: SCI HUNTINGDON FOR:
           ALBERT FORD
```