```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     #  08000298  -  SP
         June 2, 2008


   Code    Case #    Qty      Amount

  FIRSTAPP 03-136E            13.17 CH


  TOTAL→                      13.17



  FROM: SCI HUNTINGDON
```